ORIGINAL

1  BARCINAS_F.aacg6

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

FILED
Clerk
District Court

FEB - 2 2006

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0010 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| FRANCISCO BARCINAS, | ) | |
| Defendant. | ) | |

To:   Department of Finance
      Attn.: Payroll
      P.O. Box 5234 CHRB
      Saipan, MP 96950

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishments issued on or about July 19, 1999, $5,825.21 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 23rd day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
    MARIVIC P. DAVID
    Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1999Z00025 and 2005Z00132

DEBTOR:  Barcinas, Francisco
COLLECTION TYPE: WH
BALANCE AS OF JANUARY 9, 2006:    $36,791.74

| DATE RCVD | FORM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 22-FEB-2005 | GR/G | GU /05/051 | 263734 | $  233.72 |
| 08-MAR-2005 | GR/G | GU /05/054 | 264785 | 242.29 |
| 23-MAR-2005 | GR/G | GU /05/061 | 265277 | 242.29 |
| 08-APR-2005 | GR/G | GU /05/065 | 267079 | 242.29 |
| 18-APR-2005 | GR/G | GU /05/069 | 267563 | 242.29 |
| 05-MAY-2005 | GR/G | GU /05/075 | 268504 | 242.29 |
| 16-MAY-2005 | GR/G | GU /05/080 | 269177 | 242.29 |
| 31-MAY-2005 | GR/G | GU /05/083 | 269952 | 242.29 |
| 13-JUN-2005 | GR/G | GU /05/088 | 270861 | 242.29 |
| 27-JUN-2005 | GR/G | GU /05/092 | 272034 | 242.29 |
| 11-JUL-2005 | GR/G | GU /05/095 | 272661 | 242.29 |
| 26-JUL-2005 | GR/G | GU /05/099 | 273099 | 195.49 |
| 16-AUG-2005 | GR/G | GU /05/104 | 273513 | 283.24 |
| 22-AUG-2005 | GR/G | GU /05/106 | 274991 | 242.29 |
| 09-SEP-2005 | GR/G | GU /05/111 | 276495 | 242.29 |
| 19-SEP-2005 | GR/G | GU /05/114 | 276754 | 242.29 |
| 03-OCT-2005 | GR/G | GU /06/001 | 277642 | 278.12 |
| 17-OCT-2005 | GR/G | GU /06/006 | 278405 | 242.29 |
| 02-NOV-2005 | GR/G | GU /06/015 | 279089 | 230.78 |
| 14-NOV-2005 | GR/G | GU /06/017 | 280103 | 242.29 |
| 02-DEC-2005 | GR/G | GU /06/024 | 280867 | 242.29 |
| 12-DEC-2005 | GR/G | GU /06/027 | 281592 | 242.29 |
| 29-DEC-2005 | GR/G | GU /06/036 | 281905 | 242.29 |
| 09-JAN-2006 | GR/G | GU /06/041 | 282339 | 242.64 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    $5,825.21