ORIGINAL

1  **BARCINAS_F.aacg6**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

F I L E D
Clerk
District Court

FEB 1 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

7  Attorney's for United States of America

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN MARIANA ISLANDS

10 | UNITED STATES OF AMERICA,        )   CIVIL CASE NO. 99-0010
                                      )
11 |         Plaintiff,                )
                                      )
12 |    vs.                            )   **CERTIFICATE OF SERVICE**
                                      )
13 | FRANCISCO M. BARCINAS,           )
                                      )
14 |         Defendants,               )
                                      )
15 |                                   )
     DIVISION OF FINANCE AND          )
16 |   ACCOUNTING,                    )
                                      )
17 |         Garnishee.                )
                                      )

    I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Annual Accounting in Garnishment** was sent to the garnishee's attorney, garnishee and defendant by mail on February 7, 2006.

    _____
    MICHELLE PEREZ