1  **BARCINAS_F.aacg7**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorney's for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,        )      CIVIL CASE NO. 99-0010
                                    )
11            Plaintiff,            )
                                    )
12      vs.                         )      **ANNUAL ACCOUNTING**
                                    )      **IN GARNISHMENT**
13 FRANCISCO BARCINAS,              )
                                    )
14            Defendant.           )
   _____)

15

16 To:   Department of Finance
         Attn.:  Payroll
17       P.O. Box 5234 CHRB
         Saipan, MP 96950
18

19       Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the

20 following annual accounting of the monies and property received under the Writ of Continuing

21 Garnishment filed in the above entitled action.

22       Pursuant to the Writ of Continuing Garnishments issued on or about July 19, 1999,

23 $5,724.82  has been withheld from the Judgment Debtor and applied to the judgment debt.

24       RESPECTFULLY SUBMITTED this 23rd day of January, 2007.

25

26                                   LEONARDO M. RAPADAS
                                     United States Attorney
                                     Districts of Guam and the NMI
27

28                          By:   /s/ Marivic P. David
                                  MARIVIC P. DAVID
                                  Assistant U.S. Attorney
                                  marivic.david@usdoj.gov

PAYMENT HISTORY
FOR: 1999Z00025 and 2005Z00132

DEBTOR:  Barcinas, Francisco
COLLECTION TYPE: WH
BALANCE AS OF JANUARY 12, 2007:    $32,728.12

| DATE RCVD | FORM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT |
| --------- | ---- | ----------- | --------- | -------------- |
| 23-JAN-2006 | GR/G | GU  /06/047 | 282924 | $    242.64 |
| 07-FEB-2006 | GR/G | GU  /06/054 | 284387 | 242.64 |
| 23-FEB-2006 | GR/G | GU  /06/059 | 285633 | 242.64 |
| 08-MAR-2006 | GR/G | GU  /06/063 | 286680 | 242.64 |
| 27-MAR-2006 | GR/G | GU  /06/069 | 287327 | 242.64 |
| 03-APR-2006 | GR/G | GU  /06/072 | 287848 | 242.64 |
| 17-APR-2006 | GR/G | GU  /06/077 | 288493 | 242.64 |
| 01-MAY-2006 | GR/G | GU  /06/082 | 289457 | 242.64 |
| 30-MAY-2006 | GR/G | GU  /06/090 | 291026 | 242.64 |
| 12-JUN-2006 | GR/G | GU  /06/095 | 291496 | 242.64 |
| 26-JUN-2006 | GR/G | GU  /06/099 | 292959 | 160.29 |
| 14-JUL-2006 | GR/G | GU  /06/103 | 293438 | 242.64 |
| 28-JUL-2006 | GR/G | GU  /06/107 | 293836 | 242.64 |
| 10-AUG-2006 | GR/G | GU  /06/112 | 294681 | 242.64 |
| 21-AUG-2006 | GR/G | GU  /06/116 | 295802 | 242.64 |
| 06-SEP-2006 | GR/G | GU  /06/120 | 296807 | 242.64 |
| 18-SEP-2006 | GR/G | GU  /06/124 | 297046 | 242.64 |
| 05-OCT-2006 | GR/G | GU  /07/001 | 298222 | 148.52 |
| 16-OCT-2006 | GR/G | GU  /07/005 | 298990 | 219.11 |
| 01-NOV-2006 | GR/G | GU  /07/009 | 299762 | 219.11 |
| 17-NOV-2006 | GR/G | GU  /07/013 | 300778 | 219.11 |
| 04-DEC-2006 | GR/G | GU  /07/018 | 301313 | 219.11 |
| 18-DEC-2006 | GR/G | GU  /07/023 | 301661 | 219.11 |
| 26-DEC-2006 | GR/G | GU  /07/027 | 302309 | 219.11 |
| 12-JAN-2007 | GR/G | GU  /07/031 | 302599 | 219.11 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    **$5,724.82**