**BARCINAS_F.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0010 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| FRANCISCO M. BARCINAS, ) | |
| Defendants, ) | |
| DIVISION OF FINANCE AND ACCOUNTING, ) | |
| Garnishee. ) | |

I hereby certify that on **January 23, 2007**, I electronically filed the following: **Annual Accounting in Garnishment** with the Clerk of Court using the CM/ECF system and a copy was sent to the defendant and garnishee by mail on January 23, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 1/25/2007      By:   /s/ Marivic P. David
                              MARIVIC P. DAVID
                              Assistant U.S. Attorney
                              marivic.david@usdoj.gov