1 | SABLAN_E.stpgar

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0010 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT** |
| EMILIA M. SABLAN, | ) | |
| Defendant, | ) | |
| BANK OF GUAM, | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, EMILIA M. SABLAN, Social Security Number XXX-XX-4154, has requested that monies available in the judgment defendant's account number XXXX-XX 7575, in the amount of $250.00 per month beginning May 30, 2007 and continuing thereafter at the end of every month or when funds are available, be made payable to the U.S. Department of Justice for payment toward Defendant EMILIA M. SABLAN's obligation that is due and owing;

//

//

1   Plaintiff, UNITED STATES OF AMERICA, and Defendant, EMILIA M. SABLAN,
2 hereby jointly move the Court for an order of a writ of continuing garnishment on the monies
3 available in the judgment defendant's account number XXXX-XX 7575, in the amount of
4 $250.00 per month, beginning May 30, 2007 and continuing thereafter at the end of every month
5 or when funds are available, until Defendant EMILIA M. SABLAN's obligation is paid in full.
6   The parties further agree that this garnishment may thereafter be further modified and
7 amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a
8 new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order
9 for Continuing Garnishment.

11 Dated: 05/02/07

12 _____
   EMILIA M. SABLAN
   Defendant

15 LEONARDO M. RAPADAS
   United States Attorney
   Districts of Guam and the NMI

17 Dated: 5/10/07        By: _____
18                          MARIVIC P. DAVID
                           Assistant U.S. Attorney