1  **SABLAN_E.writ**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

```
F I L E D
    Clerk
District Court

MAY 1 1 2007

For The Northern Mariana Islands
By_____
        (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0010 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF CONTINUING GARNISHMENT** |
| EMILIA M. SABLAN, ) | |
| Defendant, ) | |
| BANK OF GUAM, ) | |
| Garnishee. ) | |

Upon stipulated motion of Plaintiff and Defendant for an order of Writ of Continuing Garnishment on Defendant, EMILIA M. SABLAN's account number XXXX-XX 7575, in the amount of $250.00 per month, beginning May 30, 2007 and continuing thereafter at the end of every month or when funds become available;

//

//

-2-

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XXXX-XX 7575, in the amount of $250.00 per month of Defendant EMILIA M. SABLAN, Social Security Number XXX-XX-4154, beginning May 30, 2007 and continuing thereafter at the end of every month or when funds become available, until further notice.

Checks should be made payable to:

**U.S. DEPARTMENT OF JUSTICE**

and mailed to:

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059

with a reference to claim number **2005Z00132** or court number **CV 99-0010** to ensure her account is properly credited.

DATED this 11TH day of MAY, 2007.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
  Mariana Islands