**SABLAN_E.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EMILIA M. SABLAN, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |
| | ) | |
| BANK OF GUAM, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

I hereby certify that on **March 10, 2007**, I electronically filed the following:  **Stipulated Motion for Writ of Continuing Garnishment**  with the Clerk of Court using the CM/ECF system and copies of the **Stipulated Motion for Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on **May 16, 2007.**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 5/17/07                    By:    /s/ Marivic P. David_____
                                         MARIVIC P. DAVID
                                         Assistant U.S. Attorney
                                         marivic.david@usdoj.gov