**BARCINAS_F.aacg8**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0010 |
| Plaintiff, | ) | |
| vs. | ) | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| FRANCISCO M. BARCINAS, | ) | |
| Defendant. | ) | |

To:   Department of Finance
      Attn.: Payroll
      P.O. Box 5234 CHRB
      Saipan, MP 96950

    Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

//

//

//

//

Pursuant to the Writ of Continuing Garnishments issued on or about July 19, 1999, $6,056.98 has been withheld from the Judgment Debtor Defendant, FRANCISCO M. BARCINAS and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 26th day of February, 2008.

                                       LEONARDO M. RAPADAS
                                       United States Attorney
                                       Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab
        MIKEL W. SCHWAB
        Assistant U.S. Attorney
        mikel.scwhab@usdoj.gov
        JESSICA F. CRUZ
        Assistant U.S. Attorney
        Jessica.F.Cruz@usdoj.gov

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU                                                                                    Report Date: 02/26/2008

For Report Parameters: 2005A75090 ,001 ,1548103

| CDCS NBR | Name | Collect WH Type | Court CV-99- Nbr 0010 | Priority Code | Scheduled Payment Amount | Bop Deposit Nbr | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|---|
| 2005A75090/001 | Barcinas, Francisco M. | GU | | | | | $239.64 | $26,427.63 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 0043 | PMNT | 01/12/2007 | GR | G | DOF garn | GU/07/031 | 302599 | 01/12/2007 | $219.11 |
| 0044 | PMNT | 01/24/2007 | GR | G | CNMI | GU/07/034 | 303086 | 01/24/2007 | $219.11 |
| 0045 | PMNT | 02/07/2007 | GR | G | DOF garn | GU/07/039 | 304228 | 02/07/2007 | $219.11 |
| 0046 | PMNT | 02/23/2007 | GR | G | DOF garn | GU/07/042 | 304875 | 02/23/2007 | $219.11 |
| 0047 | PMNT | 03/05/2007 | GR | G | DOF garn | GU/07/045 | 305563 | 03/05/2007 | $219.11 |
| 0048 | PMNT | 03/28/2007 | GR | G | DOF garn | GU/07/052 | 306276 | 03/28/2007 | $219.11 |
| 0049 | PMNT | 04/02/2007 | GR | G | cnmi | GU/07/054 | 307247 | 04/02/2007 | $219.11 |
| 0051 | PMNT | 04/23/2007 | GR | G | DOF garn | GU/07/061 | 307589 | 04/23/2007 | $219.11 |
| 0052 | PMNT | 05/02/2007 | GR | G | DOF garn | GU/07/065 | 308020 | 05/02/2007 | $219.11 |
| 0053 | PMNT | 05/14/2007 | GR | G | DOF | GU/07/069 | 308544 | 05/14/2007 | $219.11 |
| 0054 | PMNT | 06/01/2007 | GR | G | DOF garn | GU/07/073 | 309102 | 06/01/2007 | $219.11 |
| 0056 | PMNT | 06/11/2007 | GR | G | DOF garn | GU/07/077 | 309534 | 06/11/2007 | $219.11 |
| 0057 | PMNT | 06/26/2007 | GR | G | DOF garn | GU/07/084 | 310011 | 06/26/2007 | $219.11 |
| 0058 | PMNT | 07/10/2007 | GR | G | DOF garn | GU/07/088 | 310470 | 07/10/2007 | $219.11 |
| 0060 | PMNT | 07/30/2007 | GR | G | DOF garn | GU/07/094 | 310962 | 07/30/2007 | $219.11 |
| 0061 | PMNT | 08/07/2007 | GR | G | CNMI | GU/07/098 | 311569 | 08/07/2007 | $219.17 |

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU
Report Date: 02/26/2008

For Report Parameters: 2005A75090 ,001 ,1548103

| CDCS NBR | Name | Collect WH Type | Court CV-99- Nbr | Priority Code | Scheduled Payment Amount | Bop Deposit Nbr | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|---|
| 2005A75090/001 | Barcinas, Francisco M. | | 0010 | | | | $239.64 | $26,427.63 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 0063 | PMNT | 08/23/2007 | GR | G | DOF garn | GU /07/103 | 312679 | 08/23/2007 | $195.64 |
| 0064 | PMNT | 09/07/2007 | GR | G | DOF garn | GU /07/106 | 313134 | 09/07/2007 | $219.17 |
| 0065 | PMNT | 09/17/2007 | GR | G | DOF garn | GU /07/109 | 313992 | 09/17/2007 | $219.17 |
| 000071 | PMNT | 10/04/2007 | GR | G | DOF garn | GU2008003 | 314867 | 10/22/2007 | $219.17 |
| 000079 | PMNT | 10/31/2007 | GR | G | DOF garn | GU2008012 | 316601 | 11/15/2007 | $239.64 |
| 000083 | PMNT | 11/13/2007 | GR | G | Francisco M. Barcina | | 317121 | 11/21/2007 | $239.64 |
| 000091 | PMNT | 11/28/2007 | GR | G | DOF garn | GU2008019 | 317479 | 12/12/2007 | $239.64 |
| 000095 | PMNT | 12/10/2007 | GR | G | DOF garn | GU2008023 | 318099 | 12/19/2007 | $239.64 |
| 000103 | PMNT | 12/31/2007 | GR | G | DOG garn | GU2008028 | 318756 | 01/14/2008 | $239.64 |
| 000107 | PMNT | 01/08/2008 | GR | G | DOF garn | GU2008031 | 319060 | 01/16/2008 | $239.64 |
| 000111 | PMNT | 01/22/2008 | GR | G | DOF garn | GU2008033 | 319602 | 01/29/2008 | $239.64 |
| 000115 | PMNT | 02/04/2008 | GR | G | CNMI Treasury | GU2008036 | 320848 | 02/13/2008 | $239.64 |
| Total | | | | | | | | | $13,744.79 |