1  **BARCINAS_F.aacg8svc**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  JESSICA F. CRUZ
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorney's for United States of America

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN MARIANA ISLANDS

11  UNITED STATES OF AMERICA,        )    CIVIL CASE NO. 99-0010
                                     )
12              Plaintiff,           )
                                     )
13      vs.                          )    **CERTIFICATE OF SERVICE**
                                     )
14  FRANCISCO M. BARCINAS,           )
                                     )
15              Defendant,           )
    ─────────────────────────────────)
16                                   )
    DIVISION OF FINANCE AND          )
17    ACCOUNTING,                    )
                                     )
18              Garnishee.           )
    ─────────────────────────────────)
19

20      I hereby certify that on **February 27, 2008**, I electronically filed the following: **Annual**

21  **Accounting in Garnishment** with the Clerk of Court using the CM/ECF system and a copy was

22  sent to the defendant and garnishee by mail on **February 28, 2008**.

23

24                              LEONARDO M. RAPADAS
                                United States Attorney
25                              Districts of Guam and the NMI

26

27  DATED: 2-28-08          By:    /s/ Mikel W. Schwab
                                   MIKEL W. SCHWAB
28                                 Assistant U.S. Attorney
                                   mikel.schwab@usdoj.gov
                                   JESSICA F. CRUZ
                                   Assistant U.S. Attorney
                                   Jessica.F.Cruz@usdoj.gov