**SABLAN_E.aacg**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0010 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ANNUAL ACCOUNTING** |
| ) | **IN GARNISHMENT** |
| EMILIA M. SABLAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

To:   Bank of Guam
      P.O. Box BW
      Hagåtña, Guam 96932

   Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

//
//
//
//
//

1  Pursuant to the Writ of Continuing Garnishment issued on or about May 11, 2007,
2  $3,000.00 has been withheld from the Judgment Debtor and applied to the judgment debt.
3  RESPECTFULLY SUBMITTED this 17th day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU  
Report Date: 06/09/2008

**PAYMENTS**

CDCS NBR: 2005A75090/001　　Name: Sablan, Emilia M.　　Collect Type: WH　　Court Nbr: CV-99-0010　　Priority Code:　　　　Current Liability: $23,904.03

For Report Parameters: 2005A75090 ,001 ,1548104

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Scheduled Payment Amount | BOP Deposit Nbr | Scheduled Payment Date | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0055 | PMNT | 06/08/2007 | GR | G | BOG | GU/07/076 | 791938 | | | | 06/08/2007 | $250.00 |
| 0059 | PMNT | 07/26/2007 | GR | G | BOG | GU/07/093 | 792802 | | | | 07/26/2007 | $250.00 |
| 0062 | PMNT | 08/20/2007 | GR | G | BOG | GU/07/102 | 792897 | | | | 08/20/2007 | $250.00 |
| 0066 | PMNT | 09/17/2007 | GR | G | BOG | GU/07/109 | 797299 | | | | 09/17/2007 | $250.00 |
| 000075 | PMNT | 10/17/2007 | GR | G | BOG garn | GU2008006 | 798017 | | | | 10/31/2007 | $250.00 |
| 000087 | PMNT | 11/20/2007 | GR | G | BOG garn | GU2008017 | 798638 | | | | 11/28/2007 | $250.00 |
| 000099 | PMNT | 12/18/2007 | GR | G | BOG | GU2008024 | 798768 | | | | 12/27/2007 | $250.00 |
| 000123 | PMNT | 02/27/2008 | GR | G | BOG garn | GU2008044 | 804321 | | | | 03/10/2008 | $250.00 |
| 000129 | PMNT | 03/05/2008 | GR | G | BOG garn | GU2008045 | 804860 | | | | 03/12/2008 | $250.00 |
| 000137 | PMNT | 04/01/2008 | GR | G | BOG garn | GU2008051 | 807258 | | | | 04/11/2008 | $250.00 |
| 000148 | PMNT | 04/21/2008 | GR | G | BOG | GU2008055 | 807633 | | | | 04/29/2008 | $250.00 |
| 000160 | PMNT | 05/15/2008 | GR | G | BOG garn | GU2008060 | 808036 | | | | 05/29/2008 | $250.00 |

Page 1 of 3



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU

Report Date: 06/09/2008

CDCS NBR 2005A75090/001    Name Sablan, Emilia M.    Collect Type WH    Court Nbr CV-99-0010    

For Report Parameters: 2005A75090 ,001 ,1548104

| Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|
|  |  |  | $23,904.03 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Total |  |  |  |  |  |  |  |  |  | $3,000.00 |

Page 2 of 3