1   **SABLAN_E.aacgSvc**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MIKEL W. SCHWAB
    Assistant U.S. Attorney
4   JESSICA F. CRUZ
    Assistant U.S. Attorney
5   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
6   Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
7   FAX:  (671) 472-7215

8   Attorney's for United States of America

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN MARIANA ISLANDS

11  UNITED STATES OF AMERICA,        )    CIVIL CASE NO. 99-0010
                                     )
12              Plaintiff,           )
                                     )
13          vs.                      )    **CERTIFICATE OF SERVICE**
                                     )
14  EMILIA M. SABLAN,                )
                                     )
15              Defendant,           )
    _____)
16                                   )
    BANK OF GUAM,                    )
17                                   )
                Garnishee.           )
18  _____)

19

20          I hereby certify that on **June 18, 2008**, I electronically filed the following: **Annual**

21  **Accounting in Garnishment** with the Clerk of Court using the CM/ECF system and a copy was

22  sent to the defendant and garnishee by mail on **June 20, 2008**.

23
                                        LEONARDO M. RAPADAS
24                                      United States Attorney
                                        Districts of Guam and the NMI
25

26
    DATED:   6/24/08              By:   /s/ Mikel W. Schwab_____
27                                      MIKEL W. SCHWAB
                                        Assistant U.S. Attorney
28                                      mikel.schwab@usdoj.gov
                                        JESSICA F. CRUZ
                                        Assistant U.S. Attorney
                                        Jessica.F.Cruz@usdoj.gov